DNJ-CR-023 Order Regarding Use of Video/Teleconferencing for Felony Proceedings (Rev. 10/2021)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

C2

UNITED STATES OF AMERICA   *

  *

v.   *   CRIM. NO. 22- 068

  *

HAROLD GITTENS   *

  *

  *****

## ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING
## FOR FELONY PLEAS AND/OR SENTENCINGS

In accordance with the operative COVID-19 standing orders, this Court finds:

[✓] That the Defendant (or the Juvenile) has consented to the use of video

teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation

with counsel; and

[✓] That the proceeding(s) to be held today cannot be further delayed without serious harm

to the interests of justice, for the following specific reasons: 1) Limited ability to conduct in-

person hearings for indefinite period; 2) consent of Defendant and Defendant's desire to

proceed at this time; and 3) to permit the United States to obtain a resolution of the case.

Accordingly, the proceeding(s) held on this date may be conducted by:

[✓] Video Teleconferencing

[ ] Teleconferencing, because video teleconferencing is not reasonably available for the

following reason:

  [ ] The Defendant (or the Juvenile) is detained at a facility lacking video

teleconferencing capability.

  [ ] Other:

Date:   February 1, 2022

_Brian Martinotti_

Honorable Brian Martinotti
United States District Judge